UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MASSIVELY BROADBAND LLC<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:25-cv-00608<br><br>**DEMAND FOR JURY TRIAL** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, MASSIVELY BROADBAND LLC ("MASSIVELY BROADBAND"), by and through its undersigned counsel, hereby certifies that it has no parent and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted,<br>/s/ *Patrick J. McElhinny by permission Andrea L. Fair*<br>Patrick J. McElhinny (*pro hac vice forthcoming*)<br>patrick.mcelhinny@klgates.com<br>Mark G. Knedeisen (*pro hac vice forthcoming*)<br>mark.knedeisen@klgates.com<br>Christopher M. Verdini (*pro hac vice forthcoming*)<br>christopher.verdini@klgates.com<br>Anna Shabalov (*pro hac vice forthcoming*)<br>anna.shabalov@klgates.com<br>Rachel Ellenberger (*pro hac vice forthcoming*)<br>rachel.ellenberger@klgates.com<br>K&L Gates LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br>Telephone: (412) 355-6500<br>Facsimile: (412) 355-6501<br><br>*Of Counsel*:<br><br>Andrea L. Fair<br>State Bar No. 24078488<br>andrea@millerfairhenry.com<br>MILLER FAIR HENRY PLLC<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>(903) 757-6400 (telephone)<br><br>**Attorneys for Plaintiff MASSIVELY BROADBAND LLC** |