**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MASSIVELY BROADBAND LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:25-cv-00608_JRG |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to P.R. 4-3 and the Court's First Amended Docket Control Order (ECF No. 25), Plaintiff MASSIVELY BROADBAND LLC ("MBB" or "Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung" or "Defendants") hereby submit this Joint Claim Construction and Prehearing Statement ("Joint Statement"). This Joint Statement addresses the agreed and disputed claim terms and phrases from the Asserted Claims of the Asserted Patents. The Asserted Patents are U.S. Patent No. 7,676,194 ("'194 Patent"); U.S. Patent No. 8,923,754 ("'754 Patent"); U.S. Patent No. 9,667,337 ("'337 Patent"); U.S. Patent No. 10,224,999 ("'999 Patent"); U.S. Patent No. 10,797,783 ("'783 Patent"); U.S. Patent No. 8,350,763 ("'763 Patent"); U.S. Patent No. 8,593,358 ("'358 Patent"); U.S. Patent No. 11,063,625 ("'625 Patent"); U.S. Patent No. 11,876,548 ("'548 Patent"); U.S. Patent No. 8,224,794 ("'794 Patent"); U.S. Patent No. 8,515,925 ("'925 Patent"); and U.S. Patent No. 8,725,700 ("'700 Patent"). Presently, and pursuant to the Court's January 14, 2026 Order (ECF Dkt. 42), MBB's preliminary election of Asserted Claims is:

| Patent | Elected Claims | # of claims |
|---|---|---|
| 8,515,925 | 4; 14 | 2 |
| 8,224,794 | 23 | 1 |
| 8,725,700 | 13 | 1 |
| 7,676,194 | 4; 8 | 2 |
| 8,923,754 | 14; 23; 25 | 3 |
| 9,667,337 | 17; 32; 49 | 3 |
| 10,797,783 | 13 | 1 |
| 10,224,999 | 15; 31; 32; 39 | 4 |
| 8,350,763 | 4; 6; 16 | 3 |
| 8,593,358 | 4; 12; 13; 23; 24 | 5 |
| 11,063,625 | 2; 6; 11; 23 | 4 |
| 11,876,548 | 1; 7; 12 | 3 |
| | **Total elected** | **32** |

## I. P.R. 4-3(a)(1)

The parties agree to the constructions of the following claim terms, phrases, or clauses:

| Claim term, phrase, or clause | Patent and Claim | Agreed-to Construction |
|---|---|---|
| "A broadband wireless repeater" | '194 Patent; claim 1 | Preamble is limiting |
| "ultrawideband" | '194 Patent; claim 1 | "any type of electromagnetic signals that have an instantaneous or overall occupied bandwidth of 100 MHz or more and that are used to communicate or to position-locate between 2 or more devices" |
| "A broadband wireless repeater or relay" | '754 Patent; claim 1<br>'337 Patent; claims 1 and 29 | Preamble is limiting |
| "a plurality of transmitters, receivers or transceivers" | '763 Patent; claims 1, 4<br>'358 Patent; claims 1, 4 | "two or more transmitters, two or more receivers, or two or more transceivers" |

| Claim term, phrase, or clause | Patent and Claim | Agreed-to Construction |
|---|---|---|
| "transceiver" | '763 Patent; claims 1, 4<br>'358 Patent; claims 1, 4 | "a combination transmitter and receiver, housed in a single enclosure" |

## II. P.R. 4-3(a)(2)

The table appended to this document as Exhibit A shows "[e]ach party's proposed claim construction or indefiniteness position for each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that position, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its position or to oppose any other party's position, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses."

## III. P.R. 4-3(a)(3)

MBB believes that the Court can address the claim-construction issues within 4 hours, divided equally amongst the parties.

Samsung believes that the Court can address all pending claim construction issues in 2 hours divided equally amongst the parties.

## IV. P.R. 4-3(a)(4)

MBB and Samsung do not currently anticipate calling any witnesses at the Claim Construction Hearing.

## V. P.R. 4-3(a)(5)

MBB is not currently aware of any other issues that may be appropriately taken up at the Claim Construction Hearing.

Samsung will be prepared to discuss its pending motion for judgment on the pleadings under 35 U.S.C. § 101 (Dkt. 46) at the Claim Construction Hearing, including that claim construction should not delay or impact the Court's decision on that motion.

## VI. P.R. 4-3(b)

Pursuant to Local Patent Rule 4-3(b), herewith today, each party is serving a disclosure of expert testimony consistent with Fed. R. Civ. P. 26(a)(2)(B)(i)-(ii) or 26(a)(2)(C) for any expert on which it intends to rely to support its proposed claim construction or indefiniteness position or to oppose any other party's proposed claim construction or indefiniteness position.

Dated: August 18, 2026

*/s/ Christopher M. Verdini*
Patrick J. McElhinny (pro hac vice)
patrick.mcelhinny@klgates.com
Mark G. Knedeisen (pro hac vice)
mark.knedeisen@klgates.com
Christopher M. Verdini (pro hac vice)
christopher.verdini@klgates.com
Anna Shabalov (pro hac vice)
anna.shabalov@klgates.com
Rachel Ellenberger (pro hac vice)
rachel.ellenberger@klgates.com

**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
Garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**

*/s/ John Thomas McKee*
Sean Pak
California Bar No. 219032 (*pro hac vice*)
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100

John Thomas McKee
New York Bar No. 4906556 (admitted in E.D. Tex.)
johnmckee@quinnemanuel.com

1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)

*Attorneys for Plaintiff*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7000
Fax: 212-849-7100

Matthew Robson
New York Bar No. 4611505 (*pro hac vice*)
matthewrobson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue, 9th Floor,
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered as Filing Users on August 18, 2026.

*/s/ Christopher M. Verdini*
Christopher M. Verdini