# EXHIBIT A

**EXHIBIT A**

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "repeater" / "relay"<br>'194 Patent; claim 1<br>'754 Patent; claim 1<br>'337 Patent; claims 1 and 29 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br>**Intrinsic Evidence:**<br>'194 Patent, 6:38-7:5, 7:11-63, 8:50-9:11, 9:12-50, 9:58-64, 10:11-11:47, 11:66-12:2, 20:33-53, Figs. 3, 4, 5, 6, 8.<br>'754 Patent, 6:43-7:10, 7:16-8:3, 8:57-9:18, 9:19-57, 9:65-10:4, 10:18-11:53, 12:5-8, 20:37-57, Figs. 3, 4, 5, 6, 8.<br>'337 Patent, 6:48-7:15, 7:21-8:8, 9:4-25, 9:26-10:4, 10:12-18, 10:25-11:59, 12:11-14, 21:43-63, Figs. 3, 4, 5, 6, 8.<br>**Extrinsic Evidence:**<br>Expert Testimony from Professor Nick Laneman | "a device that extends the range of a network"<br>**Intrinsic Evidence:**<br>'194 Patent at 1:16-3:45, 3:49-6:5, 6:9-33, 6:38-22:30, Figs. 1-8 and discussions thereof.<br>Application Nos. 10/919,515, 12/689,052, 13/157,789, 13/676,246, 14/540,660, 15/627,903, 16/250,099, 90/016,194, 90/016,234, 90/016,332, 90/016,338, 90/016,339, and all filings associated with prosecution and/or proceedings related to the foregoing.<br>IPR2025-01594, IPR2025-01595, IPR2025-01605, IPR2026-00033, IPR2026-00035, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
| --- | --- | --- |
| "beacon frames"<br><br>'999 Patent, claim 32 | Data or signals that are broadcast at preset intervals by a wireless transmitter to enable one or more devices to determine the presence and network information of said wireless transmitter.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'194 Patent, 2:17–18, 5:50-62, 7:64-8:4, 14:30-37, 18:38–43, 21:58-66.<br><br>'999 Patent, 2:30-34, 6:14-18, 7:61-8:1, 14:35-42, 19:13-19, 26:61-65.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Lee, "Wireless & Cellular Telecommunications," 3d ed. 2006, pp. 118, 241, 320-327 (MBB_25-608_0046266 – 0046275)<br><br>Rappaport, "Wireless Communications: Principles and Practices," 2002, pp. 10, 508-509 (MBB_25_608_0046278-0046280)<br><br>Expert Testimony from Professor Nick Laneman | "periodically transmitted frames that advertise presence, capabilities, and network parameters to devices within range"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'999 Patent at 2:26-56, 3:29-59; 6:10-17; 18:60-19:20<br><br>Application Nos. 10/919,515, 12/689,052, 13/157,789, 13/676,246, 14/540,660, 15/627,903, 16/250,099, 90/016,194, 90/016,234, 90/016,332, 90/016,338, 90/016,339, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01594, IPR2025-01595, IPR2025-01605, IPR2026-00033, IPR2026-00035, and all filings associated with proceedings related to the foregoing.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Kumar, "MAC and Physical Layer Design for Ultra-Wideband Communications", Virginia Tech, May 2004, https://vtechworks.lib.vt.edu/items/d26cf011-a258-4fcb-a08e-2a5fe31f46e8.<br><br>IEEE 802.11 standards and related submissions.<br><br>IEEE 802.15.3 standards and related submissions, including submissions to the 802.15.3a task force. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "means for sending instructions from one of said one or more electronic interfaces to one or more wireless devices for configuring or reconfiguring said one or more wireless devices based on a ranking of performance or specific requests of an end user"<br><br>'794 Patent; claim 23 | §112(f) claim term<br><br>***Function***: sending instructions from one of said one or more electronic interfaces to one or more wireless devices for configuring or reconfiguring said one or more wireless devices based on a ranking of performance or specific requests of an end user<br><br>***Structure:*** A web server or cluster of web servers, CPU, memory, and wired or wireless communication interface(s) configured to communicate with wireless devices and to send instructions that cause configuration or reconfiguration of the wireless devices, including tuning to appropriate frequencies, air interfaces, or other operating parameters, based on performance rankings or end-user requests, and equivalents thereof.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'794 Patent, 12:54-63, 26:54-27:13, 28:25-53, 30:43–46, Figs. 1, 8, 9, 10 and 12. | § 112(6) claim term<br><br>***Function***: sending instructions from one of said one or more electronic interfaces to one or more wireless devices for configuring or reconfiguring said one or more wireless devices based on a ranking of performance or specific requests of an end user.<br><br>***Structure***: a computer configured to send information to a wireless device, and equivalents thereof.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'794 Patent at 12:10-13, 12:31-34, 12:35-36, 12:43-46, 12:47-49, 12:54-61, 16:16-46, 18:1-59, 21:55-22:14, 26:54-27:13, 27:14-28:46, 30:6-31:6, 37:56-38:24, 38:32-37, Figs. 1, 5, 6, 9, 10, 12 and discussions thereof.<br><br>Application Nos. 60/971,175, 60/977,582, 61/028,261, 12/208,007, 12/815,165, 13/490,133, 90/016,193, 90/016,209, 90/016,210, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2026-00032, IPR2026-00086, IPR2026-00103, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "database"<br><br>'794 Patent; claim 20<br><br>'925 Patent; claims 1, 12 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'794 Patent, 13:29-41, 15:10-17, 16:6-15, 16:39-46, 16:63-67, 17:1-5, 17:29-34, 17:54-58, 18:1-15, 18:24-59, 19:23-45, 20:46-51, 25:10-16, 26:14-21, 29:20-29, Figs. 2, 5, 8.<br><br>'925 Patent, 13:29-41, 15:4-16, 16:8-17, 17:4-11, 17:31-35, 17:36-40, 18:5-10, 18:16-50, 19:24-46, 20:47-52, 25:1-24, 25:38-43, 29:1-18, Figs. 2, 5, 8. | "one or more databases, at least one of which interfaces with each of the one or more computers, includes the recited information and records, and is updated and accessed as recited"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'794 Patent at 37:56-38:24<br><br>'925 Patent at 35:66-36:51, 38:19-39:3<br><br>Application Nos. 60/971,175, 60/977,582, 61/028,261, 12/208,007, 12/815,165, 13/490,133, 90/016,193, 90/016,209, 90/016,210, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2026-00032, IPR2026-00086, IPR2026-00103, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "means for sending instructions from one of said one or more electronic interfaces to one or more wireless devices for configuring or reconfiguring said one or more wireless devices based on one or more of: a ranking of performance, enhanced spectrum usage, control of interference, or requests of an end user"<br><br>'925 Patent; claim 14 | §112(f) claim term<br><br>***Function***: sending instructions from one of said one or more electronic interfaces to one or more wireless devices for configuring or reconfiguring said one or more wireless devices based on one or more of: a ranking of performance, enhanced spectrum usage, control of interference, or requests of an end user<br><br>***Structure:*** A web server or cluster of web servers, CPU, memory, and wired or wireless communication interface(s) configured to communicate with wireless devices and to send instructions that cause configuration or reconfiguration of the wireless devices, including tuning to appropriate frequencies, air interfaces, or other operating parameters, based on one or more of performance rankings, enhanced spectrum usage, interference control, or end-user requests, and equivalents thereof.<br><br>**Intrinsic Evidence:**<br><br>'925 Patent, 12:56-63, 26:56-27:15, 28:28-55, 30:46–49, Figs. 1, 8, 9, 10 and 12. | § 112(6) claim term<br><br>***Function***: sending instructions from one of said one or more electronic interfaces to one or more wireless devices for configuring or reconfiguring said one or more wireless devices based on one or more of a ranking of performance, enhanced spectrum usage, control of interference, or requests of an end user.<br><br>***Structure***: a computer configured to send information to a wireless device, and equivalents thereof.<br><br>**Intrinsic Evidence:**<br><br>'925 Patent at 12:12-15, 12:33-36, 12:37-38, 12:45-48, 12:49-51, 12:56-63, 16:19-49, 18:3-61, 21:57-22:16, 26:56-27:15, 27:16-28:49, 30:9-31:9, 38:19-39:3, 39:9-15, Figs. 1, 5, 6, 9, 10, 12 and discussions thereof.<br><br>Application Nos. 60/971,175, 60/977,582, 61/028,261, 12/208,007, 12/815,165, 13/490,133, 90/016,193, 90/016,209, 90/016,210, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2026-00032, IPR2026-00086, IPR2026-00103, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
| --- | --- | --- |
| "records pertaining to one or more telecommunications carriers which identify infrastructure type and/or location information"<br><br>'925 Patent; claims 1, 12 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'925 Patent, 16:19-49, 17:4-25, 17:36-49, 17:56-18:2, 19:59-67, 20:54-61, 21:24-30, 23:1-21, 24:60-25:11, 27:4-12, 29:26-32, 29:35-38. | "records that identify specific infrastructure belonging to a carrier and the location of that infrastructure"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'925 Patent at 1:25-49, 2:37-47, 3:37-5:62, 5:66-6:9, 6:26-37, 6:53-7:13, 7:14-67, 8:34-43, 9:4-31, 11:22-34, 12:12-38, 12:64-13:15, 13:54-66, 14:10-19, 16:19-49, 17:4-18:2, 19:9-20:29, 20:54-21:8, 21:9-41, 21:42-56, 22:17-24, 23:1-21, 23:50-24:7, 24:8-44, 24:60-25:11, 26:30-27:16, 29:16-55, 31:24-32, 31:43-59, 32:36-33:57, 34:37-49, 35:16-59, 35:66-36:51, 38:19-39:3, Figs. 1, 2, 3, 4, 5, 6, 13, 14, 15 and discussions thereof.<br><br>Application Nos. 60/971,175, 60/977,582, 61/028,261, 12/208,007, 12/815,165, 13/490,133, 90/016,193, 90/016,209, 90/016,210, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2026-00032, IPR2026-00086, IPR2026-00103, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "memory or database"<br>'700 Patent; claim 10 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br>**Intrinsic Evidence:**<br>'700 Patent, 13:25-37, 15:6-14, 16:2-11, 16:35-42, 16:59-63, 16:64-17:1, 17:24-29, 17:49-53, 17:63-18:11, 18:20-56, 19:20-42, 20:43-48, 25:7-13, 26:11-18, 29:18-27 Figs. 2, 5, 8. | "one or more memories or one or more databases, at least one of which includes the recited information and records and is updated and accessed as recited"<br>**Intrinsic Evidence:**<br>'700 Patent at 37:27-38:16<br>Application Nos. 60/971,175, 60/977,582, 61/028,261, 12/208,007, 12/815,165, 13/490,133, 90/016,193, 90/016,209, 90/016,210, and all filings associated with prosecution and/or proceedings related to the foregoing.<br>IPR2026-00032, IPR2026-00086, IPR2026-00103 |
| "an actively tuned antenna"<br>'763 Patent: claims 1, 6<br>'358 Patent: claims 1, 8 | An antenna that is tuned through a matching circuit, the matching circuit having tunable elements whose electrical characteristics are themselves variable under electronic control such that the RF characteristics are adjustable for the connection between the radio (e.g., transmitter(s), receiver(s), or transceiver(s), as the case may be) and the antenna.<br>**Intrinsic Evidence:**<br>'763 Patent, 2:9-3:57, 6:9-36, 7:19-8:36, Figs. 3, 4, 5, 6A-6C.<br>'358 Patent, 2:13-3:61, 6:13-40, 7:23-8:40, Figs. 3, 4, 5, 6A-6C.<br>**Extrinsic Evidence:**<br>Expert Testimony from Professor Jonathan Chisum | "an antenna whose RF characteristics are changed using tunable circuit components"<br>**Intrinsic Evidence:**<br>'763 Pat. at 1:57-2:41, 2:63-3:57, 4:22-29, 5:22-30, 6:12-51, 7:19-8:36, 8:61-9:26, Figs. 5-6 and discussions thereof.<br>'358 Pat. at 1:59-2:42, 2:64-3:57, 4:22-29, 5:24-32, 6:14-53, 7:22-8:39, 8:64-9:29, Figs. 5-6<br>Application Nos. 61/088,829, 12/541,764, 13/713,804, 90/016,235, 90/016,236, and all filings associated with prosecution and/or proceedings related to the foregoing.<br>IPR2025-01565, IPR2025-01587, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "isolation means for isolating said one or more components from more than one particular frequency band of said plurality of frequency bands"<br><br>'763 Patent; claim 16 | §112(f) claim term<br><br>***Function***: isolating said one or more components from more than one particular frequency band of said plurality of frequency bands<br><br>***Structure:*** (i) RF trap(s), (ii) LC circuitry, (iii) buffer amplifier(s), tuned amplifier(s), or tuned trap circuitry acting as a filter, (iv) RF switch(es), or (v) RF shielding, and equivalents thereof.<br><br>**Intrinsic Evidence:**<br><br>'763 Patent, 5:43-6:1, 7:9-14.<br><br>**Extrinsic Evidence:**<br><br>Expert Testimony from Professor Jonathan Chisum | § 112(6) claim term<br><br>***Function***: isolating said one or more components from more than one particular frequency band of said plurality of frequency bands.<br><br>***Structure***: circuity that provides overload protection, shielding, and/or filters out unwanted bands.<br><br>**Intrinsic Evidence:**<br><br>763 Pat. at 5:30-6:8, 7:9-18, 8:27-44<br><br>Application Nos. 61/088,829, 12/541,764, 13/713,804, 90/016,235, 90/016,236, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01565, IPR2025-01587, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "one or more antennas"<br><br>'763 Patent; claims 1, 6, 13<br><br>'358 Patent; claims 1, 8, 19 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**Intrinsic Evidence:**<br><br>'763 Patent, 4:60-5:2, 5:14-21, 5:48-61, 6:2-8, 7:20-23, 8:14-17, 9:17-26, 9:32-38, 9:63-10:7, Figs. 1, 2, 3, 4.<br><br>'358 Patent, 4:64-5:6, 5:18-25, 5:52-65, 6:6-12, 7:24-27, 8:18-21, 9:21-30, 9:36-42, 10:1-10, Figs. 1, 2, 3, 4.<br><br>'763 Patent file history, MBB_25-608_0002253-2254.<br><br>**Extrinsic Evidence:**<br><br>IEEE Standard for Definitions of Terms for Antennas, IEEE Std 145-2013 ("That part of a transmitting or receiving system that is designed to radiate or receive electromagnetic waves"). MBB_25_608_0046259.<br><br>Academic Press Dictionary of Science and Technology, 1992, p. 124 ("a device that radiates or receives electromagnetic radiation in the radiofrequency or microwave range"). MBB_25_608_0046251.<br><br>Merriam Webster's Collegiate Dictionary, 10 ed., 1996, p. 49 ("2: a usu. metallic device (as a rod or wire) for radiating or receiving radio waves"). MBB_25_608_0046255. | "antenna": "single radiating structure"<br><br>**Intrinsic Evidence:**<br><br>'763 Pat. at 1:20-2:8, 2:18-62, 4:5-29, 4:36-49, 4:60-5:2, 5:14-21, 5:48-61, 6:26-36, 7:19-23, 7:65-8:7, 8:14-18, 9:3-26, 9:63-10:16, Figs. 1-4 and discussions thereof.<br><br>'358 Pat. at 1:22-2:10, 2:19-63, 4:5-29, 4:36-49, 4:60-5:4, 5:16-23, 5:50-63, 6:28-38, 7:22-26, 8:1-10, 8:17-21, 9:6-29, 9:66-10:19, Figs. 1-4 and discussions thereof.<br><br>Application Nos. 61/088,829, 12/541,764, 13/713,804, 90/016,235, 90/016,236, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01565, IPR2025-01587, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "an antenna array"<br><br>'358 Patent; claims 1, 8, 19 | Two or more antenna elements arranged in space and which are coupled to produce a desired radiation or reception performance characteristic through switching, phasing, or active or passive combining of their signals or patterns.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'763 Patent, 10:57-11:4<br><br>'358 Patent, 9:66-10:10.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>IEEE Standard for Definitions of Terms for Antennas, IEEE Std 145-2013 ("array antenna: An antenna comprised of a number of radiating elements the inputs (or outputs) of which are combined.")<br><br>T.S. Rappaport et al., "Millimeter Wave Wireless Communications," Prentice Hall, 2015, pp. 194-198, 473-474. MBB_25_608_0046231-0046237.<br><br>C. Balanis, "Antenna Theory Analysis and Design," 3d ed., Wiley-Interscience, 2005, p. 283-290. MBB_25_608_0046283-0046290.<br><br>W. Stutzman et al., "Antenna Theory and Design," John Wiley & Sons, Inc., 1981, pp. 108-109. MBB_25_608_0046241-0046242.<br><br>R. Colin, "Antennas and Radiowave Propagation," McGraw-Hill, 1985, pp. 107-108. MBB_25_608_0046246-0046247. | "antenna array": "a coordinated group of two or more antennas"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'358 Pat. at 1:22-58, 4:16-29, 4:36-45, 4:60-5:4, 5:16-23, 6:28-38, 7:22-26, 8:17-21, 9:66-10:19, Figs. 1-4 and discussions thereof.<br><br>Application Nos. 61/088,829, 12/541,764, 13/713,804, 90/016,235, 90/016,236, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01565, IPR2025-01587, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "one or more antennas forming an antenna array"<br><br>'358 Patent; claims 1, 8, 19 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>*See* "one or more antennas" and "antenna array" above.<br><br>**Intrinsic Evidence:**<br><br>'763 Patent, '358 Patent, 4:62-5:4, 5:16-23, 5:50-63, 6:4-10, 7:23-26, 8:17-21, 9:20-29, 9:35-42, 9:66-10:10, Figs. 1, 2, 3, 4.<br><br>'358 Patent, 4:62-5:4, 5:16-23, 5:50-63, 6:4-10, 7:23-26, 8:17-21, 9:20-29, 9:35-42, 9:66-10:10, Figs. 1, 2, 3, 4.<br><br>**Extrinsic Evidence:**<br><br>Expert Testimony from Professor Jonathan Chisum | "one or more antennas forming an antenna array": indefinite with respect to "one … antenna[] forming an antenna array" because a single antenna cannot form an array<br><br>**Intrinsic Evidence:**<br><br>'358 Pat. at 1:22-58, 4:16-29, 4:36-45, 4:60-5:4, 5:16-23, 6:28-38, 7:22-26, 8:17-21, 9:66-10:19, Figs. 1-4 and discussions thereof.<br><br>Application Nos. 61/088,829, 12/541,764, 13/713,804, 90/016,235, 90/016,236, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01565, IPR2025-01587, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
| --- | --- | --- |
| "plurality of different bands"<br><br>'763 Patent: claims 1, 4, 6, 13, 16<br><br>'358 Patent: claims 1, 4, 8 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'763 Patent, 1:23-28, 1:41-56, 4:5-15, 4:61-5:2, 5:8-17, 9:27-46.<br><br>'358 Patent, 1:25-30, 1:43-58, 4:9-19, 4:65-5:6, 5:12-21, 9:31-50.<br><br>'763 Patent file history, MBB_25-608_0002253-2254.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Expert Testimony from Professor Jonathan Chisum | "two or more wireless standards or services that are distinct from each other"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'763 Pat. at Abstract, 1:20-28, 1:41-56, 1:60-2:4, 2:18-26, 2:57-62, 4:1-12, 4:60-5:2, 6:54-60, Figs. 1-2, 4 and discussions thereof.<br><br>'358 Pat. at Abstract, 1:22-30, 1:43-58, 1:62-2:6, 2:19-27, 2:58-63, 4:1-12, 4:60-5:4, 6:56-62, Figs. 1-2, 4 and discussions thereof.<br><br>Application Nos. 61/088,829, 12/541,764, 13/713,804, 90/016,235, 90/016,236, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01565, IPR2025-01587, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "detecting . . . an orientation . . .<br><br>determining zones or spans of directions . . .<br><br>adjusting one or more beam radiation patterns . . ."<br><br>'625 Patent; claim 1 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'625 Patent, 10:63-11:4, 11:17-13:3, 13:32-14:3, Figs 7, 8.<br><br>'625 Patent file history,MBB_25-608_0000487-493; MBB_25-608_000540-542; MBB_25-608-0000544-545; MBB_25-608_0000608-610; MBB_25-608_000681-686; MBB_25-608_0000763-765.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Expert Testimony from Professor Jonathan Chisum | plain and ordinary meaning; the steps of detecting, determining, and adjusting are separate steps that must be performed in the recited sequence.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'625 Patent at Abstract; 1:19-21; 1:25-4:38; 4:42-5:6; 5:21-46; 6:30-35; 6:36-7:12; 8:44-9:3; 9:4-10:33; 10:34-62; 10:63-14:52; 14:55-18:47, Figs. 1-8 and discussions thereof.<br><br>Application Nos. 13/966,853; 13/713,804; 12/541,764; 61/088,829; 17/346,533; 18/517,550; 90/016,245; 90/016,325, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01564; IPR2025-01563, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "receiving signals from said one or more sensors pertaining to said orientation . . .<br><br>computing zones or spans of directions . . .<br><br>adjusting one or more beam radiation patterns . . ."<br><br>'625 Patent; claim 11 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**Intrinsic Evidence:**<br><br>'625 Patent, 10:63-11:4, 11:17-13:3, 13:32-14:3, Figs 7, 8.<br><br>'625 Patent file history,MBB_25-608_0000487-493; MBB_25-608_000540-542; MBB_25-608-0000544-545; MBB_25-608_0000608-610; MBB_25-608_000681-686; MBB_25-608_0000763-765.<br><br>**Extrinsic Evidence:**<br><br>Expert Testimony from Professor Jonathan Chisum | plain and ordinary meaning; the steps of receiving, computing, and adjusting are separate steps that must be performed in the recited sequence.<br><br>**Intrinsic Evidence:**<br><br>'625 Patent at Abstract; 1:19-21; 1:25-4:38; 4:42-5:6; 5:21-46; 6:30-35; 6:36-7:12; 8:44-9:3; 9:4-10:33; 10:34-62; 10:63-14:52; 14:55-18:47, Figs. 1-8 and discussions thereof.<br><br>Application Nos. 13/966,853; 13/713,804; 12/541,764; 61/088,829; 17/346,533; 18/517,550; 90/016,245; 90/016,325, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01564; IPR2025-01563, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
| --- | --- | --- |
| "... detect . . . an orientation . . .<br><br>. . . determine zones or spans of directions . . .<br><br>. . . adjustably radiating . . ."<br><br>'625 Patent; claim 23 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**Intrinsic Evidence:**<br><br>'625 Patent, 10:63-11:4, 11:17-13:3, 13:32-14:3, Figs 7, 8<br><br>'625 Patent file history, MBB_25-608_0000487-493; MBB_25-608_000540-542; MBB_25-608-0000544-545; MBB_25-608_0000608-610; MBB_25-608_000681-686; MBB_25-608_0000763-765.<br><br>**Extrinsic Evidence:**<br><br>Expert Testimony from Professor Jonathan Chisum | plain and ordinary meaning; the system elements must be configured to detect, determine, and adjust in the recited sequence.<br><br>**Intrinsic Evidence:**<br><br>'625 Patent at Abstract; 1:19-21; 1:25-4:38; 4:42-5:6; 5:21-46; 6:30-35; 6:36-7:12; 8:44-9:3; 9:4-10:33; 10:34-62; 10:63-14:52; 14:55-18:47, Figs. 1-8 and discussions thereof.<br><br>Application Nos. 13/966,853; 13/713,804; 12/541,764; 61/088,829; 17/346,533; 18/517,550; 90/016,245; 90/016,325, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01564; IPR2025-01563, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "detecting an orientation . . .<br><br>determining . . . zones or spans of directions . . .<br><br>adjusting the radiation pattern . . .."<br><br>'548 Patent; claim 1 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**Intrinsic Evidence:**<br><br>'548 Patent, 10:35-5, 11:18-13-3, 13:32-14:3, Figs. 7, 8;<br><br>'625 Patent file history, MBB_25-608_0000487-493; MBB_25-608_000540-542; MBB_25-608-0000544-545; MBB_25-608_0000608-610; MBB_25-608_000681-686; MBB_25-608_0000763-765.<br><br>**Extrinsic Evidence:**<br><br>Expert Testimony from Professor Jonathan Chisum | plain and ordinary meaning; the steps of detecting, determining, and adjusting are separate steps that must be performed in the recited sequence.<br><br>**Intrinsic Evidence:**<br><br>'548 Patent at Abstract; 1:20-22; 1:26-4:39; 4:42-5:6; 5:21-46; 6:30-35; 6:36-7:12; 8:44-9:3; 9:4-10:33; 10:34-62; 10:63-14:52; 14:55-18:47, Figs. 1-8 and discussions thereof.<br><br>Application Nos. 13/966,853; 13/713,804; 12/541,764; 61/088,829; 17/346,533; 18/517,550; 90/016,245; 90/016,325, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01564; IPR2025-01563, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
| --- | --- | --- |
| "sensing . . . an orientation of . . .<br><br>receiving signals from said one or more sensors pertaining to said orientation . . .<br><br>computing zones or spans of directions . . .<br><br>adjusting one or more beams . . ."<br><br>'548 Patent; claim 7 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'548 Patent, 10:35-5, 11:18-13-3, 13:32-14:3, Figs. 7, 8.<br><br>'625 Patent file history, MBB_25-608_0000487-493; MBB_25-608_000540-542; MBB_25-608-0000544-545; MBB_25-608_0000608-610; MBB_25-608_000681-686; MBB_25-608_0000763-765.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Expert Testimony from Professor Jonathan Chisum | plain and ordinary meaning; the steps of sensing, receiving, computing, and adjusting are separate steps that must be performed in the recited sequence.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'548 Patent at Abstract; 1:20-22; 1:26-4:39; 4:42-5:6; 5:21-46; 6:30-35; 6:36-7:12; 8:44-9:3; 9:4-10:33; 10:34-62; 10:63-14:52; 14:55-18:47, Figs. 1-8 and discussions thereof.<br><br>Application Nos. 13/966,853; 13/713,804; 12/541,764; 61/088,829; 17/346,533; 18/517,550; 90/016,245; 90/016,325, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01564; IPR2025-01563, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| "detecting . . . an orientation . . .<br><br>computing . . . zones or spans of directions . . .<br><br>adjusting at least one steerable antenna . . . "<br><br>'548 Patent; claim 12 | Plain and ordinary meaning to a person of ordinary skill in the art as of the applicable priority date, in light of the claim language, specification, and prosecution history. No further construction is necessary.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'548 Patent, 10:35-5, 11:18-13-3, 13:32-14:3, Figs. 7, 8.<br><br>'625 Patent file history, MBB_25-608_0000487-493; MBB_25-608_000540-542; MBB_25-608-0000544-545; MBB_25-608_0000608-610; MBB_25-608_000681-686; MBB_25-608_0000763-765.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Expert Testimony from Professor Jonathan Chisum | plain and ordinary meaning; the steps of detecting, determining computing, and adjusting are separate steps that must be performed in the recited sequence.<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'548 Patent at Abstract; 1:20-22; 1:26-4:39; 4:42-5:6; 5:21-46; 6:30-35; 6:36-7:12; 8:44-9:3; 9:4-10:33; 10:34-62; 10:63-14:52; 14:55-18:47, Figs. 1-8 and discussions thereof.<br><br>Application Nos. 13/966,853; 13/713,804; 12/541,764; 61/088,829; 17/346,533; 18/517,550; 90/016,245; 90/016,325, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01564; IPR2025-01563, and all filings associated with proceedings related to the foregoing. |

| | | |
|---|---|---|
| "nulls or dead zones"<br><br>'625 Patent; claims 1, 11, 23 | Null: a pronounced minimum in a direction/region of the antenna radiation pattern, reflecting substantial suppression of radiated or received energy.<br><br>Dead zone: a direction/region in which a RF signal cannot be usefully received.<br><br>**Intrinsic Evidence:**<br><br>'625 Patent, 10:63-11:4, 11:17-13:3, 13:32-14:3, Figs 7, 8.<br><br>'625 Patent file history, MBB_25-608_0000487-493; MBB_25-608_000540-542; MBB_25-608-0000544-545; MBB_25-608_0000608-610; MBB_25-608_000681-686; MBB_25-608_0000763-765.<br><br>'625 Patent, 5:21-46<br><br>'625 File History, MBB_25-008_0000480; MBB_25-008_0000545<br><br>**Extrinsic Evidence:**<br><br>IEEE Standard for Definitions of Terms for Antennas, IEEE Std 145-2013 ("directional null: A sharp minimum in a radiation pattern that has been produced for the purpose of direction-finding or the suppression of unwanted radiation in a specified direction.")<br><br>Federal Communications Commission, "Understanding Wireless Telephone Coverage," Dec. 31, 2019 (www.fcc.gov/consumers/guides/understanding-wireless-telephonecoverage-areas). MBB_25_608_0046291-0046292.<br><br>"T-Mobile Dead Zones Explained and How to Fix Them in 2026," Mar. 19, 2026 (www.hiboost.com/blogs/news/t-mobiledead-zones- | "a minima in the radiation pattern"<br><br>**Intrinsic Evidence:**<br><br>'625 Patent at Abstract; 1:19-21; 1:25-4:38; 4:42-5:6; 5:21-46; 6:30-35; 6:36-7:12; 8:44-9:3; 9:4-10:33; 10:34-62; 10:63-14:52; 14:55-18:47, Figs. 1-8 and discussions thereof.<br><br>Application Nos. 13/966,853; 13/713,804; 12/541,764; 61/088,829; 17/346,533; 18/517,550; 90/016,245; 90/016,325, and all filings associated with prosecution and/or proceedings related to the foregoing.<br><br>IPR2025-01564; IPR2025-01563, and all filings associated with proceedings related to the foregoing. |

| Claim Term | MBB's Proposed Construction and Support | Samsung's Proposed Construction and Support |
|---|---|---|
| | explained-and-how-to-fix-themin-2026). MBB_25_608_0046294-0046298.<br><br>Expert Testimony from Professor Jonathan Chisum | |