**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MASSIVELY BROADBAND LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No.: 2:25-cv-00608-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff MASSIVELY BROADBAND LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. respectfully move the Court to stay all pending deadlines in this case for sixty (60) days.

The parties have settled, in principle, all matters in controversy between them and are in the process of finalizing papers reflecting settlement and dismissal of Plaintiff's claims in the above-captioned action. The parties submit that this is an "extraordinary" case necessitating additional time beyond the standard 30 days pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court in order for the parties to address issues related to the pending *ex parte* reexaminations of the Patents-in-Suit and the Republic of Korea's withholding tax. To avoid unnecessary expenditure of judicial and party resources, the parties respectfully request that the Court enter the order attached hereto staying all deadlines in the above-captioned case for sixty (60) days.

Dated: September 16, 2026

/s/ Anna Shabalov
Patrick J. McElhinny (pro hac vice)
patrick.mcelhinny@klgates.com
Mark G. Knedeisen (pro hac vice)
mark.knedeisen@klgates.com
Christopher M. Verdini (pro hac vice)
christopher.verdini@klgates.com
Anna Shabalov (pro hac vice)
anna.shabalov@klgates.com
Rachel E. Ellenberger (pro hac vice)
rachel.ellenberger@klgates.com

**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
Garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)

*Attorneys for Plaintiff MASSIVELY BROADBAND LLC*

Respectfully submitted,

/s/ Kevin Hardy
Sean Pak
California Bar No. 219032 (*pro hac vice*)
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Kevin Hardy
D.C. Bar No. 473941 (admitted in E.D. Tex.)
kevinhardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
Fax: 202.538.8100

John Thomas McKee
New York Bar No. 4906556 (admitted in E.D. Tex.)
johnmckee@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7000
Fax: 212-849-7100

Matthew Robson
New York Bar No. 4611505 (*pro hac vice*)
matthewrobson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue, 9th Floor,
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Melissa R. Smith
Texas State Bar No. 24001351

melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

*/s/ Anna Shabalov*
Anna Shabalov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel registered as Filing Users on September 16, 2026.

*/s/ Anna Shabalov*
Anna Shabalov